

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**FILED**
DEC 2 1 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** United States of America ex rel. XAVIER EDWARDS

**Defendant(s):** DAN AUSTIN, etc., et al.

**County of Residence:** PERRY

**County of Residence:**

**Plaintiff's Address:**
Xavier Edwards
R-28955
Pinckneyville - PCC
P.O. Box 999
Pinckneyville, IL 62274

**Defendant's Attorney:**
Chief of Criminal Appeals
Illinois Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL 60601

**Basis of Jurisdiction:**
[ ] 1. U.S. Government Plaintiff
[✓] 3. Federal Question (U.S. gov't. not a party)
[ ] 2. U.S. Government Defendant
[ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

07CV 7196
JUDGE SHADUR
MAGISTRATE JUDGE SCHENKIER

**Origin:**
[✓] 1. Original Proceeding
[ ] 2. Removed From State Court
[ ] 3. Remanded From Appellate Court
[ ] 4. Reinstated or Reopened
[ ] 5. Transferred From Other District
[ ] 6. MultiDistrict Litigation
[ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** [ ] Yes [✓] No

**Signature:** A. E. Woodham   **Date:** 12/21/2007