# FILED

DEC 1 9 2007

MICHAEL W. ~~DOBBINS~~
CLERK, U.S. DISTRICT COURT

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

__Xavier Edwards__
Plaintiff

v.

__Dan Austin__
Defendant(s)

**07CV 7196
JUDGE SHADUR
MAGISTRATE JUDGE SCHENKIER**

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, __Xavier Edwards__, declare that I am the ☐plaintiff ☑petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☑ to proceed without full prepayment of fees, or ☑ in support of my motion for appointment of counsel, or ☑ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?  ☐Yes  ☑No  (If "No," go to Question 2)
   I.D. # __R28955__  Name of prison or jail: __Pinckneyville correctional center__
   Do you receive any payment from the institution? ☑Yes ☐No  Monthly amount: __$ 1,500__

2. Are you currently employed?  ☑Yes  ☑No
   Monthly salary or wages: __None__
   Name and address of employer: __None__

   a. If the answer is "No":
      Date of last employment: __None__
      Monthly salary or wages: __None__
      Name and address of last employer:_____

   b. Are you married?  ☐Yes  ☑No
      Spouse's monthly salary or wages: __N/A__
      Name and address of employer: __N/A__

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages  ☐Yes  ☑No
      Amount __None__  Received by __N/A__

b.    ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes    ☑No
Amount___None_____Received by_____N/A_____

c.    ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes    ☑No
Amount___None_____Received by_____N/A_____

d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
      compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                        ☐Yes    ☑No
Amount___None_____Received by___N/A_____

e.    ☐ Gifts or ☐ inheritances    ☐Yes    ☑No
Amount___None_____Received by_____N/A_____

f.    ☐Any other sources (state source:_____)    ☐Yes    ☑No
Amount___None_____Received by_____

4.    Do you or anyone else living at the same address have more than $200 in cash or checking or
      savings accounts?    ☐Yes    ☑No    Total amount:_____
      In whose name held:_____Relationship to you:_____

5.    Do you or anyone else living at the same address own any stocks, bonds, securities or other
      financial instruments?    ☐Yes    ☑No
      Property:_____N/A_____Current Value:_____N/A_____
      In whose name held:_____N/A_____Relationship to you:_____N/A_____

6.    Do you or anyone else living at the same address own any real estate (houses, apartments,
      condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☑No
      Address of property:_____N/A_____
      Type of property:_____N/A_____Current value:_____N/A_____
      In whose name held:_____N/A_____Relationship to you:_____N/A_____
      Amount of monthly mortgage or loan payments:_____N/A_____
      Name of person making payments:_____N/A_____

7.    Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile
      homes or other items of personal property with a current market value of more than $1000?
                                                        ☐Yes    ☑No
      Property:_____N/A_____
      Current value:_____N/A_____
      In whose name held:_____N/A_____Relationship to you:_____N/A_____

8.    List the persons who are dependent on you for support, state your relationship to each person and
      indicate how much you contribute monthly to their support. If none, check here ☑No dependents
      _____N/A_____
      _____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _11/15/07_

_Xavier Edwards_
Signature of Applicant

_Xavier Edwards   R28955_
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _Xavier Edwards_, I.D.# _R28955_, has the sum of $ _134.95_ on account to his/her credit at (name of institution) _Pinckneyville Correctional Center_. I further certify that the applicant has the following securities to his/her credit: _Ø_. I further certify that during the past six months the applicant's average monthly deposit was $ _133.85_.

(Add all deposits from all sources and then divide by number of months).

_12-11-07_
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

_LISA D. FLOWERS_
(Print name)

rev. 7/18/02

**Pinckneyville Correctional Center**

**Trust Fund**

View Transactions

**Inmate: R28955 Edwards, Xavier**                     **Housing Unit: PNK-R1-D -66**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| | | | | | Beginning Balance: | | 148.34 |
| 05/02/07 | Point of Sale | 60 Commissary | 122743 | 376558 | Commissary | -36.85 | 111.49 |
| 05/09/07 | Point of Sale | 60 Commissary | 129743 | 378201 | Commissary | -99.85 | 11.64 |
| 05/11/07 | Payroll | 20 Payroll Adjustment | 131141 | | P/R month of 04/2007 | 6.00 | 17.64 |
| 05/22/07 | Point of Sale | 60 Commissary | 142732 | 379639 | Commissary | -17.38 | .26 |
| 05/29/07 | Mail Room | 01 MO/Checks (Not Held) | 149268 | 102851 | Edler, Lula | 50.00 | 50.26 |
| 05/29/07 | Mail Room | 01 MO/Checks (Not Held) | 149268 | 102850 | Edler, Lula | 50.00 | 100.26 |
| 06/06/07 | Mail Room | 01 MO/Checks (Not Held) | 157268 | 510033 | Williams, Paul | 50.00 | 150.26 |
| 06/06/07 | Mail Room | 01 MO/Checks (Not Held) | 157268 | A350813 | Williams, Paul | 50.00 | 200.26 |
| 06/13/07 | Point of Sale | 60 Commissary | 164724 | 382212 | Commissary | -13.49 | 186.77 |
| 06/15/07 | Payroll | 20 Payroll Adjustment | 166141 | | P/R month of 05/2007 | 14.38 | 201.15 |
| 07/06/07 | Point of Sale | 60 Commissary | 187758 | 385084 | Commissary | -157.45 | 43.70 |
| 07/11/07 | Point of Sale | 60 Commissary | 192758 | 385672 | Commissary | -41.79 | 1.91 |
| 07/13/07 | Payroll | 20 Payroll Adjustment | 194141 | | P/R month of 06/2007 | 10.00 | 11.91 |
| 07/17/07 | Mail Room | 10 Western Union | 198200 | 2212936020 | EDLER, FELECIA | 150.00 | 161.91 |
| 07/24/07 | Point of Sale | 60 Commissary | 205758 | 386907 | Commissary | -117.98 | 43.93 |
| 08/01/07 | Point of Sale | 60 Commissary | 213758 | 387767 | Commissary | -31.62 | 12.31 |
| 08/16/07 | Payroll | 20 Payroll Adjustment | 228141 | | P/R month of 07/2007 | 12.71 | 25.02 |
| 08/22/07 | Point of Sale | 60 Commissary | 234758 | 390491 | Commissary | -10.54 | 14.48 |
| 09/07/07 | Mail Room | 01 MO/Checks (Not Held) | 250281 | 065297 | Edwards, Xavier | 50.00 | 64.48 |
| 09/10/07 | Point of Sale | 60 Commissary | 253758 | 391579 | Commissary | -12.66 | 51.82 |
| 09/14/07 | Mail Room | 10 Western Union | 257200 | 4149068510 | POINTER, JAMES | 50.00 | 101.82 |
| 09/14/07 | Payroll | 20 Payroll Adjustment | 257141 | | P/R month of 08/2007 | 1.38 | 103.20 |
| 09/20/07 | Point of Sale | 60 Commissary | 263743 | 393235 | Commissary | -102.96 | .24 |
| 10/04/07 | Mail Room | 10 Western Union | 277200 | 5882226400 | EDLER, FELECIA | 50.00 | 50.24 |
| 10/05/07 | Mail Room | 01 MO/Checks (Not Held) | 278268 | A370462 | Edler, Lula | 50.00 | 100.24 |
| 10/12/07 | Point of Sale | 60 Commissary | 285724 | 395900 | Commissary | -21.07 | 79.17 |
| 10/12/07 | Payroll | 20 Payroll Adjustment | 285175 | | P/R month of 09/2007 | 6.46 | 85.63 |
| 10/23/07 | Point of Sale | 60 Commissary | 296758 | 397158 | Commissary | -82.59 | 3.04 |
| 10/30/07 | Mail Room | 10 Western Union | 303200 | 7062880800 | EDLER, LULA E | 200.00 | 203.04 |
| 11/09/07 | Payroll | 20 Payroll Adjustment | 313141 | | P/R month of 10/2007 | 8.20 | 211.24 |
| 11/13/07 | Point of Sale | 60 Commissary | 317743 | 398601 | Commissary | -134.04 | 77.20 |
| 11/29/07 | Point of Sale | 60 Commissary | 333717 | 400387 | Commissary | -66.09 | 11.11 |
| 12/05/07 | Mail Room | 10 Western Union | 339200 | 6989448506 | WILLIAMS, PAUL | 200.00 | 211.11 |
| 12/06/07 | Point of Sale | 60 Commissary | 340717 | 401445 | Commissary | -64.31 | 146.80 |
| 12/13/07 | Point of Sale | 60 Commissary | 347758 | 402334 | Commissary | -87.10 | 59.70 |



| | |
|---|---|
| **Total Inmate Funds:** | 59.70 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 11.85 |
| **Funds Available:** | 47.85 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |



TO: Clerk Michael W. Dubbins

[ Edwards - VS - Austin ( Habeas Corpus State Prisoner )

I Already filed my habeas corpus petition

I explain to you in my Last Letter That the

Trust Funds office was Taken A long Time

Sending me my Transaction Statement of

my Account for the Last Six Months

Also A Certified Signature of the

Official Trust Fund office Supervisor.

I just Receive it Today So I'm

enclosing it with this Letter.

Respectfully Submitted

DATE 12 - 14 - 07          /S/ Xavier Edwards

Xavier Edwards
R-28955
Pinckneyville CORR. CTR.
P.O. Box 999
Pinckneyville, IL 62274

IN THE
UNITED STATES DISTRICT Court
Northern District of Illinois

Xavier Edwards )
Plaintiff, )
 )
 ) Case No. 03-CR-1430
v. )
 )
 )
Dan Austin )
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: Lisa Madigan
Attorney General of Illinois
100 West Randolph Street
Chicago, Illinois 60601

TO: Michael W. Dobbins
Clerk U.N. Dist. Court Northern Illinois
219 South Dearborn Street
Chicago, Illinois 60601

PLEASE TAKE NOTICE that on December 14, 2007, I have placed the documents listed below in the institutional mail at _____ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: Motion To Proceed in forma Pauperis

_____

_____

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 12-14-07

/s/ Xavier Edwards
NAME: Xavier Edwards
IDOC#: R-28955
Pinckneyville Correctional Center
P.O. BOX 999
Pinckneyville, IL 62274