AE

**FILED**
DEC 1 8 2007
DEC 18 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

__Xavier Edwards__
Plaintiff

v.

__Dan Austin__
Defendant(s)

07CV 7196
JUDGE SHADUR
MAGISTRATE JUDGE SCHENKIER

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, __Xavier Edwards__, declare that I am the ☐plaintiff ☒petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions __under penalty of perjury__:

1. Are you currently incarcerated?   ☐Yes   ☒No   (If "No," go to Question 2)
   I.D. # __R28955__   Name of prison or jail: __Pinckneyville correctional center__
   Do you receive any payment from the institution? ☐Yes ☐No   Monthly amount:_____

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages: __N/A__
   Name and address of employer: __N/A__

   a. If the answer is "No":
      Date of last employment: __N/A__
      Monthly salary or wages: __N/A__
      Name and address of last employer: __N/A__

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages: __N/A__
      Name and address of employer: __N/A__

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages   ☐Yes   ☒No
      Amount __N/A__   Received by __N/A__

    b.    ☐ Business, ☐ profession or ☐ other self-employment     ☐ Yes     ☒ No
Amount _____N/A_____ Received by _____N/A_____

    c.    ☐ Rent payments, ☐ interest or ☐ dividends     ☐ Yes     ☒ No
Amount _____N/A_____ Received by _____N/A_____

    d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
    ☐ Yes     ☒ No
Amount _____N/A_____ Received by _____N/A_____

    e.    ☐ Gifts or ☐ inheritances     ☐ Yes     ☒ No
Amount _____N/A_____ Received by _____N/A_____

    f.    ☐ Any other sources (state source: _____ )     ☐ Yes     ☐ No
Amount _____N/A_____ Received by _____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?  ☐ Yes  ☒ No  Total amount: _____
In whose name held: _____ Relationship to you: _____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?  ☐ Yes  ☒ No
Property: _____N/A_____ Current Value: _____N/A_____
In whose name held: _____N/A_____ Relationship to you: _____N/A_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?  ☐ Yes  ☐ No
Address of property: _____N/A_____
Type of property: _____N/A_____ Current value: _____N/A_____
In whose name held: _____N/A_____ Relationship to you: _____N/A_____
Amount of monthly mortgage or loan payments: _____N/A_____
Name of person making payments: _____N/A_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
    ☐ Yes  ☒ No
Property: _____N/A_____
Current value: _____N/A_____
In whose name held: _____N/A_____ Relationship to you: _____N/A_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐ No dependents
_____N/A_____

Date : 12/10/2007  
Time : 14:02:43  
**CHAMP**

**Pinckneyville Correctional Center**  
**Trust Fund**  
Inmate Transaction Statement  
10/11/2007 to 12/10/2007

Page 1 of 1

**Inmate: R28955 Edwards, Xavier**  **Housing Unit: PNK-R1-D -66**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| | | | | | Beginning Balance: | | 100.24 |
| 10/12/07 | Point of Sale | 60 Commissary | 285724 | 395900 | Commissary | -21.07 | 79.17 |
| 10/12/07 | Payroll | 20 Payroll Adjustment | 285175 | | P/R month of 09/2007 | 6.46 | 85.63 |
| 10/23/07 | Point of Sale | 60 Commissary | 296758 | 397158 | Commissary | -82.59 | 3.04 |
| 10/30/07 | Mail Room | 10 Western Union | 303200 | 7062880800 | EDLER, LULA E | 200.00 | 203.04 |
| 11/09/07 | Payroll | 20 Payroll Adjustment | 313141 | | P/R month of 10/2007 | 8.20 | 211.24 |
| 11/13/07 | Point of Sale | 60 Commissary | 317743 | 398601 | Commissary | -134.04 | 77.20 |
| 11/29/07 | Point of Sale | 60 Commissary | 333717 | 400387 | Commissary | -66.09 | 11.11 |
| 12/05/07 | Mail Room | 10 Western Union | 339200 | 6989448506 | WILLIAMS, PAUL | 200.00 | 211.11 |
| 12/06/07 | Point of Sale | 60 Commissary | 340717 | 401445 | Commissary | -64.31 | 146.80 |

|  |  |
|---:|---:|
| Total Inmate Funds: | 146.80 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 11.85 |
| Funds Available: | 134.95 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---:|
| 11/20/2007 | 223874 | Disb | Legal Postage | 4321 IBF Postage | $4.90 |
| 11/27/2007 | 223916 | Disb | Postage | 4321 CIBF Postage | $0.80 |
| 12/06/2007 | 223987 | Disb | Library-legal copies | 2 DOC: 523 Fund Library | $6.15 |
| | | | | Total Restrictions: | $11.85 |

To: Michael W. Dobbins Clerk

The Trust Funds office is taking awhile now to return the Certified Transaction Statement of my Account, I spoke to the institutional counselor who said that if the Court really need it that much that the Court will call for it, I will send it as soon as I get it, I promise.

I will send the Certified Transaction Statement of my Account as soon as the Institutional Trust fund officer complete it.

Respectfully Submitted

11-18-07      /S/ Xavier Edwards

Thank you very very very much.

Xavier Edwards
R-28955
P.O. Box 999
Pinckneyville, Il 62274

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

XAVIER EDWARDS
Plaintiff, -PETITIONER,

v.                                              Case No. 03-CR-1430

DAN AUSTIN, (WARDEN) ET. al
Defendant -Respondent(s)

## PROOF/CERTIFICATE OF SERVICE

TO: Lisa MADIGAN                         TO: Michael W. Dobbins
ATTORNEY-General of ILLINOIS            Clerk U.N. DIST. COURT
100 West Randolph Street                NORTHERN DIST. EASTERN-DIVISION of ILL
Chicago, ILLinois 60601                 319 South Dearborn, Chicago, IL 60601

PLEASE TAKE NOTICE that on November 19, 2007, I have placed the documents listed below in the institutional mail at Pinckneyville Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: Motion To Proceed informa Pauperis

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 11-19-07

/s/ Xavier Edwards
NAME: XAVIER EDWARDS
IDOC#: R-28955
Pinckneyville Correctional Center
P.O. BOX 999
Pinckneyville, IL 62274