**FILED** AE
DEC 1 8 2007 aew
DEC 18 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

XAVIER EDWARDS
Plaintiff(s) - PETITIONER,

v.

DAN AUSTIN, (WARDEN) ET. al.
Defendant(s) - RESPONDENT(S).,

07CV 7196
JUDGE SHADUR
MAGISTRATE JUDGE SCHENKIER

)
)

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, **XAVIER EDWARDS**, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):

   [ ] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_Xavier Edwards_
Movant's Signature

_P.O. Box 999_
Street Address

_Pinckneyville Illinois 62274_
City/State/Zip

Date: _11-19-07_

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of ILLINOIS

XAVIER EDWARDS
Plaintiff, - Petitioner,

v.

DAN AUSTIN, WARDEN et. al.
Defendant - Respondent(s)..

Case No. 03-CR-1430

## PROOF/CERTIFICATE OF SERVICE

TO: LISA MADIGAN
ATTORNEY General of ILLINOIS
100 WEST RANDOLPH STREET
Chicago, Illinois 60601

TO: MICHAEL W. DOBBINS
Clerk U.N. DIST. Court
Northern DIST. EASTERN-Division of Ill.
319 South Dearborn, Chicago, IL 60601

PLEASE TAKE NOTICE that on November 19, 2007, I have placed the documents listed below in the institutional mail at Pinckneyville Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: Motion for Appointment of Counsel

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 11-19-07

/s/ Xavier Edwards
NAME: XAVIER EDWARDS
IDOC#: R-28955
Pinckneyville Correctional Center
P.O. BOX 999
Pinckneyville, IL 62274