**UNITED STATES DISTRICT COURT**
FOR THE Northern District of Illinois — **CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Xavier Edwards
      Plaintiff,

v.              Case No.: 1:07−cv−07196
              Honorable Milton I. Shadur

Dan Austin
      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 27, 2007:

   MINUTE entry before Judge Milton I. Shadur : Enter Memorandum Opinion and Order. Motion for leave to proceed in forma pauperis[3][4] denied. Plaintiff is to submit a check for $5 payable to the Clerk of the U.S. District Court. Motion to appoint counsel [5] is denied as moot. Accordingly, "it plainly appears for the petition...that the petitioner is not entitled to relief in the district court" (Rule 4). And that being the case, Rule 4 dictates that the Petition must be dismissed, and this Court so orders. Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.