cH

# FILED

**JAN 1 6 2008**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

07c7196

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>**RECEIVED** |
| 1. Article Addressed to:<br><br>**Chief of Criminal Appeals**<br>**Illinois Attorney General's**<br>**100 W. Randolph Street**<br>**Chicago, Illinois 60601** | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>**DEC 2 8 2007**<br>Office Of The Attorney General<br>Office Services<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. 7004 2510 0001 9708 7687 | 07c7196 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15