# United States District Court
## Northern District of Illinois
### Eastern Division

USA ex rel. Xavier Edwards              **JUDGMENT IN A CIVIL CASE**

       v.                                Case Number: 07 C 7196

Dan Austin, et al

☐   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■   Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered dismissing this action pursuant to Fed. R. Civ. P. 58.

                                                    Michael W. Dobbins, Clerk of Court

Date: 12/27/2007                                    _____
                                                      /s/ Sandy Newland, Deputy Clerk