FILED
JAN 2 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, ex rel. Xavier Edwards, | ) ) ) | Appeal from the United States District Court for the Northern District of Illinois-Eastern Division. |
| Petitioner, | ) ) ) | |
| -vs- | ) ) ) | Case no. 07-C-7196 |
| Dan Austin, et al. | ) ) ) | |
| Respondent. | ) ) | The Honorable Milton I. Shadur. Judge Presiding. |

MOTION FOR PLEADING

The Petitioner, Xavier Edwards, pro se, respectfully moves this Honorable court to enter an order pursuant to Fed.R.App.P.10(b), allowing petitioner to obtain a copy of the record on appeal which contains all the pleading filed in the District Court, and any exhibits submitted, the hearing if one was held, and a certified copy of all docket entries prepared by the clerk of the District Court.

Respectfully Submitted,

/S/ Xavier Edwards
Xavier Edwards
Reg. No. R-28955
P.O. Box 999
Pinckneyville, IL 62274

-1-