FILED
JAN 2 2 2008
JAN 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Xavier Edwards, ) Appeal from the United States District
    Petitioner-Appellant, ) Court for the Northern District of
) Illinois-Eastern Division.
)
)
) Case no. 07-C-7196
v. )
)
)
)
Dan Austin, ) The Honorable Milton I. Shadur,
    Respondent-Appellee. ) Judge Presiding.
)

IN FORMA PAUPERIS APPLICATION / FINANCIAL AFFIDAVIT

I, Xavier Edwards, declare that I am the petitioner in the above-entitle case. This affidavit constitutes my application to proceed without full prepayment of fees, in support of my motion for appointment of counsel pro bono, I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the appeal. In support of this application, I answer the following questions UNDER PENALTY OF PERJURY:

1.    Are you currently incarcerated? (YES).
       I.D. number R-28955    Name of prison: Pinckneyville Correctional Center.
       Do you receive any payment from the institution? (YES).    Monthly amount: $15.00.

2.    Are you currently employed? (NO).
   a. Date of last employment: N/A
      Monthly salary or wages: N/A
      Name and address of employer: N/A

   b. Are you married? (NO).

3. a. N/A
   b. N/A
   c. N/A
   d. N/A
   e. N/A
   f. N/A

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts? (NO). N/A   N/A   N/A

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments? (NO). N/A   N/A   N/A   N/A

6. Do you or anyone else living at the same address own any real estate (house, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? (NO). N/A   N/A   N/A   N/A   N/A   N/A   N/A

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobiles, homes, or other items of personal property with a current market value of more than $1000? (NO). N/A   N/A   N/A

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. (NO) dependents.

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

<u>ATTACHED IS A STATEMENT CERTIFIED BY THE APPROPRIATE INSTITUTIONAL OFFICER SHOWING ALL RECEIPTS, EXPENDITURES AND BALANCES DURING THE LAST SIX MONTHS IN THE PRISONER'S TRUST FUND ACCOUNTS.</u>

DATE: January 9th

/S/ Xavier Edwards
Xavier Edwards
Reg. No. R-28955
5835 State Route 154
P.O. Box 999
Pinckneyville, IL 62274

Date: 1/9/2008
Time: 14:07:58
CHAMP

**Pinckneyville Correctional Center**
**Trust Fund**
Inmate Transaction Statement
6/1/2007 to 1/9/2008

**Inmate:** R28955 Edwards, Xavier  **Housing Unit:** PNK-R1-D -66

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 100.26 |
| 06/06/07 | Mail Room | 01 MO/Checks (Not Held) | 157268 | 510033 | Williams, Paul | 50.00 | 150.26 |
| 06/06/07 | Mail Room | 01 MO/Checks (Not Held) | 157268 | A350813 | Williams, Paul | 50.00 | 200.26 |
| 06/13/07 | Point of Sale | 60 Commissary | 164724 | 382212 | Commissary | -13.49 | 186.77 |
| 06/15/07 | Payroll | 20 Payroll Adjustment | 166141 | | P/R month of 05/2007 | 14.38 | 201.15 |
| 07/06/07 | Point of Sale | 60 Commissary | 187758 | 385084 | Commissary | -157.45 | 43.70 |
| 07/11/07 | Point of Sale | 60 Commissary | 192758 | 385672 | Commissary | -41.79 | 1.91 |
| 07/13/07 | Payroll | 20 Payroll Adjustment | 194141 | | P/R month of 06/2007 | 10.00 | 11.91 |
| 07/17/07 | Mail Room | 10 Western Union | 198200 | 2212936020 | EDLER, FELECIA | 150.00 | 161.91 |
| 07/24/07 | Point of Sale | 60 Commissary | 205758 | 386907 | Commissary | -117.98 | 43.93 |
| 08/01/07 | Point of Sale | 60 Commissary | 213758 | 387767 | Commissary | -31.62 | 12.31 |
| 08/16/07 | Payroll | 20 Payroll Adjustment | 228141 | | P/R month of 07/2007 | 12.71 | 25.02 |
| 08/22/07 | Point of Sale | 60 Commissary | 234758 | 390491 | Commissary | -10.54 | 14.48 |
| 09/07/07 | Mail Room | 01 MO/Checks (Not Held) | 250281 | 065297 | Edwards, Xavier | 50.00 | 64.48 |
| 09/10/07 | Point of Sale | 60 Commissary | 253758 | 391579 | Commissary | -12.66 | 51.82 |
| 09/14/07 | Mail Room | 10 Western Union | 257200 | 4149068510 | POINTER, JAMES | 50.00 | 101.82 |
| 09/14/07 | Payroll | 20 Payroll Adjustment | 257141 | | P/R month of 08/2007 | 1.38 | 103.20 |
| 09/20/07 | Point of Sale | 60 Commissary | 263743 | 393235 | Commissary | -102.96 | .24 |
| 10/04/07 | Mail Room | 10 Western Union | 277200 | 5882226400 | EDLER, FELECIA | 50.00 | 50.24 |
| 10/05/07 | Mail Room | 01 MO/Checks (Not Held) | 278268 | A370462 | Edler, Lula | 50.00 | 100.24 |
| 10/12/07 | Point of Sale | 60 Commissary | 285724 | 395900 | Commissary | -21.07 | 79.17 |
| 10/12/07 | Payroll | 20 Payroll Adjustment | 285175 | | P/R month of 09/2007 | 6.46 | 85.63 |
| 10/23/07 | Point of Sale | 60 Commissary | 296758 | 397158 | Commissary | -82.59 | 3.04 |
| 10/30/07 | Mail Room | 10 Western Union | 303200 | 7062880800 | EDLER, LULA E | 200.00 | 203.04 |
| 11/09/07 | Payroll | 20 Payroll Adjustment | 313141 | | P/R month of 10/2007 | 8.20 | 211.24 |
| 11/13/07 | Point of Sale | 60 Commissary | 317743 | 398601 | Commissary | -134.04 | 77.20 |
| 11/29/07 | Point of Sale | 60 Commissary | 333717 | 400387 | Commissary | -66.09 | 11.11 |
| 12/05/07 | Mail Room | 10 Western Union | 339200 | 6989448506 | WILLIAMS, PAUL | 200.00 | 211.11 |
| 12/06/07 | Point of Sale | 60 Commissary | 340717 | 401445 | Commissary | -64.31 | 146.80 |
| 12/13/07 | Point of Sale | 60 Commissary | 347758 | 402334 | Commissary | -87.10 | 59.70 |
| 12/14/07 | Payroll | 20 Payroll Adjustment | 348141 | | P/R month of 11/2007 | 14.40 | 74.10 |
| 12/17/07 | Disbursements | 84 Library | 351341 | Chk #51656 | 223987, DOC: 523 Fund Library, Inv. Date: 12/06/2007 | -6.15 | 67.95 |
| 12/17/07 | Disbursements | 81 Legal Postage | 351341 | Chk #51679 | 224084, IBF Postage, Inv. Date: 12/13/2007 | -4.90 | 63.05 |
| 12/17/07 | Disbursements | 80 Postage | 351341 | Chk #51679 | 223916, IBF Postage, Inv. Date: 11/27/2007 | -.80 | 62.25 |
| 12/17/07 | Disbursements | 81 Legal Postage | 351341 | Chk #51679 | 223874, IBF Postage, Inv. Date: 11/20/2007 | -4.90 | 57.35 |
| 12/17/07 | Disbursements | 80 Postage | 351341 | Chk #51679 | 224101, IBF Postage, Inv. Date: 12/17/2007 | -.41 | 56.94 |
| 12/17/07 | Disbursements | 88 habeas corpus filing fees | 351341 | Chk #51704 | 224101, Clerk Of The US Distri, Inv. Date: 12/17/2007 | -5.00 | 51.94 |
| 12/28/07 | Point of Sale | 60 Commissary | 362724 | 404036 | Commissary | -51.08 | .86 |
| 01/04/08 | Mail Room | 10 Western Union | 004200 | 3870627249 | WILLIAMS JR, PAUL | 50.00 | 50.86 |
| 01/04/08 | Point of Sale | 60 Commissary | 004724 | 404978 | Commissary | -47.16 | 3.70 |
| 01/08/08 | Mail Room | 10 Western Union | 008200 | 6449768826 | EDLER, LULA | 125.00 | 128.70 |

| | |
|---|---|
| Total Inmate Funds: | 128.70 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .17 |
| Funds Available: | 128.53 |
| Total Furloughs: | .00 |

Date : 1/9/2008
Time : 14:07:58
**CHAMP**

**Pinckneyville Correctional Center**
**Trust Fund**
Inmate Transaction Statement
6/1/2007 to 1/9/2008

Inmate: R28955 Edwards, Xavier

Housing Unit: PNK-R1-D -66

| | |
|---|---:|
| Total Inmate Funds: | 128.70 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .17 |
| Funds Available: | 128.53 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---:|
| 12/17/2007 | 224116 | Disb | Legal Postage | 4321 CIBF Postage | $0.17 |
| | | | | Total Restrictions: | $0.17 |