**FILED**

JAN 2 2 2008

JAN 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

United States of America,
ex rel. Xavier Edwards,

        Petitioner,

-VS-

Dan Austin, et al.

        Respondent.

)
)
)
)
)
)
)
)
)
)
)
)
)

Appeal from the United States District
Court for the Northern District of
Illinois-Eastern Division.

Case no. 07-C-7196

The <u>Honorable Milton I. Shadur</u>.
Judge Presiding.

## EXHIBITS/PETITIONER XAVIER EDWARDS MOTION TO SHOW GOOD CAUSE WHY HIS HABEAS CORPUS SHOULD NOT BE DISMISSED AS TIME-BARRED

Now comes the Petitioner, Xavier Edwards, pro se, presenting his Exhibits/Motion to show good cause why his habeas corpus should not be dismissed as time-barred, and respectfully request this honorable court to issued a Certificate of Appealability to address his habeas corpus.

In support thereof petitioner states:

1. On November 19, 2007 while incarcerated in the Pinckneyville Correctional Center, located in Pinckneyville Illinois, petitioner had copy and paid for 123 copies of his habeas corpus petition in the Pinckneyville Law Library, (see Exhibit "A"), offender authorize for payment money voucher sign by the petitioner and the Law Library Paralegal.

2. On December 06, 2007 the Pinckneyville Correctional Center Trust Fund Office deducted $6.15 from petitioner trust fund account for Library-legal copies, (see Exhibit "B").

3. On November 19, 2007 petitioner sign a Offender Authorization for Payment Money Voucher for $5.00 filing fees and $4.90 for postage incorrectly addressed to this court,(see Exhibit "C").

4.    On November 20, 2007 the Pinckneyville Correctional Center Trust Fund
Office deducted $4.90 from petitioner trust fund account for legal postage incorrectly
addressed to this court, (see Exhibit "B").

5.    On November 21, 2007 petitioner realized that the Pinckneyville Correctional
Center Trust Fund Office did not deduct the $5.00 for filing fees, petitioner than
sign another Offender Authorization for Payment Money Voucher properly address to this
court, (see Exhibit "D").

6.    On November 27, 2007 the Pinckneyville Correctional Center Trust Fund Office
deducted $0.80 for postage the letter I sent on November 21, 2007 (see Exhibit "E");
(see Exhibit "D") and (see Exhibit "B") but still did not deduct the $5.00 for filing
fees that was enclosed with the letter petitioner sent (see Exhibit "D").

7.    On November 21, 2007 petitioner wrote a letter to the clerk of this court
explaining that he sent his habeas corpus through the Pinckneyville institutional
mailbox on November 19, 2007 addressed to this court, (see Exhibit "E").

8.    On December 06, 2007 the clerk responded to petitioner letter,,(see Exhibit "E" and
"F"). Stating $5.00 was not enclosed with your letter and no case in this court by
your name.

9.    On that same day December 06, 2007 petitioner received in the institutional mail
a return to sender Attempted Not Known 60601 his habeas corpus petition, (see Exhibit "G")
the petitioner did not correctly put the address 219 S. Dearborn on the envelope, at
that time the petitioner resent the habeas corpus with the proper address, the U.S.
Postage on the envelope is when petitioner initially sent the habeas corpus petition
is November 20, 2007 (see Exhibit "G") and the date on the habeas corpus the petitioner
resent.

       The foregoing are the reasons to show good cause why petitioner's habeas corpus
should not be dismissed as time-barred. Annexed hereto and made a part hereof is Exhibits
in support of this Motion.

                                                    Xavier Edwards
                                                    Xavier Edwards R-28955

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment ✓ DATE

Posting Document # _____     Date ___11/19/07___

Offender Name ___Xavier Edwards___     ID# ___R28955___     Housing Unit ___R10-bc___

Pay to _____

    Address _____

    City, State, Zip _____

The sum of _____ 6 dollars and ___15___ cents charged to my trust fund

account, for the purpose of ___123 copies of legal doc___

☐ I hereby authorize payment of postage for the attached mail. ☐  I hereby request information on electronic
                                    funds transfers to be placed in the attached mail.

Offender Signature ___Xavier Edwards___     ID# ___R28955___

Witness Signature ___Donna Henderson___

☐ Approved   ☐ Not Approved    Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

Distribution:  Business Office, Offender

Printed on Recycled Paper

DOC 0298 (Eff. 1/2006 )
(Replaces DC 828)

EXhiBit — A,

Date : 12/10/2007
Time : 14:02:43
CHAMP

**Pinckneyville Correctional Center**
**Trust Fund**
Inmate Transaction Statement
10/11/2007 to 12/10/2007

Page 1 of 1

Inmate: R28955 Edwards, Xavier

Housing Unit: PNK-R1-D -66

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 100.24 |
| 10/12/07 | Point of Sale | 60 Commissary | 285724 | 395900 | Commissary | -21.07 | 79.17 |
| 10/12/07 | Payroll | 20 Payroll Adjustment | 285175 | | P/R month of 09/2007 | 6.46 | 85.63 |
| 10/23/07 | Point of Sale | 60 Commissary | 296758 | 397158 | Commissary | -82.59 | 3.04 |
| 10/30/07 | Mail Room | 10 Western Union | 303200 | 7062880800 | EDLER, LULA E | 200.00 | 203.04 |
| 11/09/07 | Payroll | 20 Payroll Adjustment | 313141 | | P/R month of 10/2007 | 8.20 | 211.24 |
| 11/13/07 | Point of Sale | 60 Commissary | 317743 | 398601 | Commissary | -134.04 | 77.20 |
| 11/29/07 | Point of Sale | 60 Commissary | 333717 | 400387 | Commissary | -66.09 | 11.11 |
| 12/05/07 | Mail Room | 10 Western Union | 339200 | 6989448506 | WILLIAMS, PAUL | 200.00 | 211.11 |
| 12/06/07 | Point of Sale | 60 Commissary | 340717 | 401445 | Commissary | -64.31 | 146.80 |

| | |
|---|---|
| Total Inmate Funds: | 146.80 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 11.85 |
| Funds Available: | 134.95 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 11/20/2007 | 223874 | Disb | Legal Postage | 4321 IBF Postage | $4.90 |
| 11/27/2007 | 223916 | Disb | Postage | 4321 CIBF Postage | $0.80 |
| 12/06/2007 | 223987 | Disb | Library-legal copies | 2 DOC: 523 Fund Library | $6.15 |
| | | | | Total Restrictions: | $11.85 |

Exhibit - B.,

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment    ✓ DATE

Posting Document # _original_                          Date _11-19-07_

Offender Name _Xavier Edwards_    ID# _R-28955_ Housing Unit _R-1-D-66_

Pay to _Michael W. Dobbins Clerk U.N. States Dist Court North Ill_

Address _319 South Dearborn_

City, State, Zip _Chicago Illinois 60601_

The sum of _Five_ _____ dollars and _X_ cents charged to my trust fund

account, for the purpose of _Habeas Corpus_

☑ I hereby authorize payment of postage for the attached mail. ☑ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _Xavier Edwards_    ID# _828955_

Witness Signature _____

☐ Approved ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _4_ dollars and _90_ cents.

Distribution: Business Office, Offender

_prev—11b4.b098_

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

_Printed on Recycled Paper_

---

_Postage and filing fees_                                        _Postage and filing fees_

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment    ✓ DATE

Posting Document # _legal mail_                          Date _11-21-07_

Offender Name _Xavier Edwards_    ID# _R-28955_ Housing Unit _R-1-D-66_

Pay to _Michael W. Dobbins Clerk U.N. States Dist Court Northern Illinois_

Address _319 South Dearborn_

City, State, Zip _Chicago Illinois 60601_

The sum of _Five_ _____ dollars and _X_ cents charged to my trust fund

account, for the purpose of _filing fees Habeas Corpus_

☑ I hereby authorize payment of postage for the attached mail. ☑ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _Xavier Edwards_    ID# _R28955_

Witness Signature _C/o _____

☑ Approved ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of ____ dollars and _86_ cents.

Distribution: Business Office, Offender

_1.08_

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

_Printed on Recycled Paper_

EXHIBIT - C, AND   EXHIBIT - D.

TO: MichaeL W. DoBBiNS CLerK

From: Xavier EDWARDS #R-28955

**RETURNED**

DEC 0 6 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I'm writing Because ON 11-19-07- I SenT To you A HABeAS
Corpus The TRusT FuNDs office DiD NOT Take THe filing feees from
my account, I'm senoing the Five Dollares —was not enclosed so you counlo file MAy
HaBens Corpus. I'm sorry for the delay it's NOT my fault
it's the institution who didNOT Take The five Dollars from my
Account Also is proof that I Authorize for the institution
To Take The five Dollars from my Account,

I'm still WAiting on the TRusT FuND To SeND A CeeTifien
STATement TraNsacTion of my-Account for the LAST Six
MoNThs I Still haveNT goT that Back yeT from the TRusT
FuNDs office enclosed is A Check for five Dollars,
THANKyou

Respectfully SuBmitTED

/ S/ Xavier Edwards

Xavier EDWARDS R-28955

P.O. Box 999

Pinckneyville, IL 62274

DATE 11-21-07

EXhiBiT - E."



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

\*Prisoner Correspondence

Date: _12-6-07_

In response to your enclosed request, please see the box or boxes checked:

☐ This court does not have the requested forms. Check with your law library or the public library.

☐ Communications to the court (such as letters sent to the judge) without a certificate of service to the opposing party(s) are what the law calls "ex parte" and will not be considered by the court. All court filings must be in the form of pleadings, with the case name, number, and caption, and served on opposing parties, in order to comply with Fed.R.Civ.P. 5.

☒ The enclosed material contains no case number or case title. Without that information the document cannot be processed. Accordingly, the material you submitted to this office is being returned to you. See Fed.R.Civ.P. 10(e). *No case in this Court by your name.*

☐ Pursuant to *Antonelli v. Sheahan*, 81 F. 3d 1422, 1431 (7th Cir. 1996), mail from the Clerk of the Court is not privileged mail and can be opened outside the presence of the prisoner. *See also, Jones v. Sheahan*, 2002 WL 959814 (N.D. IL.).

☐ As the court has previously ordered, you must pay the full filing fee, in installments if so ordered, in all cases filed in this court.

☐ Check with the trust fund officer at your institution to determine the status of payment of your court filings fees.

☐ Status request: As of this date the Court has taken no action on the requested case. When an order is entered, your will promptly be notified by mail.

☐ Status request: Attached is the latest docket entry in your case.

☐ It is the responsibility of the party filing the documents to serve the opposing side and to file a certificate of service indicating who was served, who made the service, when and how this service was made. For the above reasons, your service copies are being returned to you. *See* Fed.R.Civ.P. 5.

☐ Please be advised that we are not attorneys and are prevented by federal law from answering questions of a legal nature. We are also prohibited from interpreting the rules. You should direct your questions to an attorney who will be able to give you the legal advice you seek, or to contact the law library at your institution. We regret that we cannot assist you in this matter.

\*The Prisoner Correspondence Office is the part of the Clerk's Office which processes all mail from inmates.
**Continued on reverse side**

EXhibit — F,,

☐    Contact:  Attorney Registration and Disciplinary Commission of the Illinois Supreme Court (ARDC)
        One Prudential Plaza
        130 E. Randolph Drive
        Chicago IL 606901

☐    Contact: Clerk of the Circuit Court of Cook County
        Richard J. Daley Center
        Chicago IL 60601

☐    For copies of collected bound reported court opinions, contact:
        Sale Department, West Publishing
        P.O. Box 3526
        St. Paul MN 55165

☐    Local Rule 5.1 requires that "all materials shall be filed in the divisional office of the division to which the case is assigned." Your case is assigned to the **Western Division**. Send all requests and documents related to this case to the Western Division at:
        U.S. District Court for the Northern District of Illinois
        211 South Court St. - Room 252
        Rockford IL 61101

☐    For a copy of Local Rules for U.S. District Court, Northern District of Illinois, the fee is $10.50 payable to Clerk, U.S. District Court.  Send the fee and your request to:
        Clerk, U.S. District Court
        Attn: Cashier
        219 S. Dearborn - 20th floor
        Chicago IL 60604

☐    For a copy of the Federal Rules of Civil, Criminal, Bankruptcy, Evidence or Appellate Procedures, contact:
        Superintendent of Documents
        U.S. Government Printing Office
        Washington D.C. 20402

☐    Pursuant to Local Rule 5.6, no pleading, motion [except for motion to intervene], or other document shall be filed in any case by any person who is not a party thereto, unless approved by the court.  Without such an order, the clerk shall not accept any document sent in by a person who is not a party.

☐    We cannot comply with your request to backdate stamp your documents.  Received stamped copies for return to you must be received at the time of filing.   Accordingly,  your documents are being returned to you.

☐    You filed your case under your alias and not the name under which you are incarcerated.  Your mail at the institution must be addressed to you under your institutional name.  Therefore, unless you inform the court in writing of your correct name, and ask the court to remove your alias name, you will not receive any further notices from the court.

                                                                        requestform.wpd
                                                                        Updated 6/15/04



XAViada EDWARDS #R-28955
Pinckneyville Correctional Center
P.O. Box 999
Pinckneyville, Illinois 62274

LEGAL
MAIL

Michael W. DoBBins
Clerk of the U.N. States DiST Court
Northern DiST-Eastern Division of Illinois
Chicago, Illinois 60601

Exhibit-G..

US POSTAGE
$04.90

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America,<br>ex rel. Xavier Edwards, | ) <br> ) <br> ) | Appeal from the United States District<br>Court for the Northern District of<br>Illinois-Eastern Division. |
| Petitioner, | ) <br> ) <br> ) | |
| | ) | Case no. 07-C-7196 |
| -VS- | ) <br> ) <br> ) | |
| Dan Austin, et al. | ) <br> ) | |
| Respondent. | ) <br> ) | The <u>Honorable Milton I. Shadur</u>.<br>Judge Presiding. |

TO: Michael W. Dobbins
    219 S. Dearborn Street
    Chicago, IL 60604

TO: Lisa Madigan
    100 W. Randolph Street
    Chicago, IL 60601

## PROOF/CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that on _January 9TH_ , 2008, I have place the documents
listed below in the institutional mail at Pinckneyville Correctional Center properly
addressed to the parties above for mailing through the United States postal service:
Notice of Filing, Notice of Appeal, Affidavit, Verification of Certification,
Motion for Pleading, Motion for Certificate of Appealability, Exhibits/Motion to
show good cause why his habeas corpus should not be dismissed as time-barred,
Motion to proceed in forma pauperis.

**PURSUANT TO 28 U.S.C. 1746, 18 U.S.C. 1621.** I Declare, under penalty of perjury,
that I am the name party in the above action, that I have read the above documents,
and that the information contain there is true and correct to the best of my knowledge.

/S/ _Xavier Edwards_
    Xavier Edwards
    Reg. No. R-28955
    5835 State Route 154
    P.O. Box 999
    Pinckneyville, IL 62274