```
                                              FILED
                                              JAN 2 2 2008 aw
     IN THE UNITED STATES DISTRICT COURT      JAN 22 2008
    FOR THE NORTHERN DISTRICT OF ILLINOIS     MICHAEL W. DOBBINS
              EASTERN DIVISION                CLERK, U.S. DISTRICT COURT
```

United States of America,           )      Appeal from the United States District
ex rel. Xavier Edwards,             )      Court for the Northern District of
                                    )      Illinois-Eastern Division.
            Petitioner,             )
                                    )
                                    )
                                    )      Case no. 07-C-7196
-VS-                                )
                                    )
Dan Austin, et al.                  )
                                    )      The Honorable Milton I. Shadur.
            Respondent.             )      Judge Presiding.

## NOTICE OF APPEAL

This Notice is hereby given that petitioner Xavier Edwards pro se, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment

1. The petitioner for writ of habeas corpus is summarily dismissed on (Rule 4), insufficient as a matter of law Governing section 2254 cases.

2. The petitioner's one-year period of limitations.

3. The petitioner's Motion to Appoint Counsel are denied as moot.

4. This final judgement entered in this action on 27 day of December, 2007.

SUBSCRIBED AND SWORN TO BEFORE ME

THIS 9th DAY OF January, 2008.

_Vicki Hubbard_
NOTARY PUBLIC         SEAL

OFFICIAL SEAL
VICKI HUBBARD
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/13/11

Respectfully Submitted

/S/ _Xavier Edwards_
Xavier Edwards
Reg. No. R-28955
P.O. Box 999
Pinckneyville, IL 62274

-1-

## AFFIDAVIT

I, Xavier Edwards, deposes and say that as to the Notice of Appeal herein, he is the

petitioner in the above entitle cause; that he has read the foregoing documents,

by his sign and that statements contains therein are true in substance and in fact.

/S/ Xavier Edwards
Xavier Edwards
Reg. No. R-28955
5835 State Route 154
P.O. Box 999
Pinckneyville, IL 62274

Signed before me  9th  day of January 2008.

Vicki Hubbard
NOTARY PUBLIC

OFFICIAL SEAL
VICKI HUBBARD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/13/11

-2-

## VERIFICATION OF CERTIFICATION

I, <u>Xavier Edwards</u>, the undersigned, certify and state that:

1. I am the petitioner in the above captioned legal matters.

2. I have read the foregoing application and knowledge of it's contents.

   **AND**

3. **UNDER PENALITIES AS PROVIDED BY LAW PURSUANT TO U.S.C. 1746, 18 U.S.C. 1621,** I Certify that the statement set forth in the foregoing Notice of Appeal and this Affidavit are true and correct except as to matters therein stated to be on information and belief, and such matters I certify I believe the same to be true.

## ORDER

This cause coming to be heard on petitioner's Notice of Appeal, or Certificate of Appealability, and the court being advise in the premises;

**IT IS HEREBY ORDER:**

That petitioner Notice of Appeal, or Certificate of Appealability, is hereby **GRANTED/DENIED.**

ENTERD_____
JUSTICE

ENTERD_____
JUSTICE

ENTERD_____
JUSTICE

-3-