FILED
JAN 2 2 2008
JAN 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, ex rel. Xavier Edwards, | ) ) ) | Appeal from the United States District Court for the Northern District of Illinois-Eastern Division. |
| Petitioner, | ) ) ) | |
| -VS- | ) ) | Case no. 07-C-7196 |
| Dan Austin, et al. | ) ) ) | |
| Respondent. | ) ) | The <u>Honorable Milton I. Shadur</u>. Judge Presiding. |

## NOTICE OF APPEAL

This Notice is hereby given that petitioner Xavier Edwards pro se, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment

1. The petitioner for writ of habeas corpus is summarily dismissed on (Rule 4), insufficient as a matter of law Governing section 2254 cases.

2. The petitioner's one-year period of limitations.

3. The petitioner's Motion to Appoint Counsel are denied as moot.

4. This final judgement entered in this action on <u>27</u> day of <u>December</u>, 2007.

SUBSCRIBED AND SWORN TO BEFORE ME

THIS <u>9th</u> DAY OF <u>January</u>, 2008.

/s/ Vicki Hubbard
NOTARY   PUBLIC        SEAL

OFFICIAL SEAL
VICKI HUBBARD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/13/11

Respectfully Submitted

/S/ Xavier Edwards
Xavier Edwards
Reg. No. R-28955
P.O. Box 999
Pinckneyville, IL 62274

-1-

## AFFIDAVIT

I, Xavier Edwards, deposes and say that as to the Notice of Appeal herein, he is the

petitioner in the above entitle cause; that he has read the foregoing documents,

by his sign and that statements contains therein are true in substance and in fact.

/S/ *Xavier Edwards*
Xavier Edwards
Reg. No. R-28955
5835 State Route 154
P.O. Box 999
Pinckneyville, IL 62274

Signed before me ___9th___ day of ___January___ 2008.

*Vicki Hubbard*
NOTARY PUBLIC

OFFICIAL SEAL
VICKI HUBBARD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/13/11

-2-

## VERIFICATION OF CERTIFICATION

I, Xavier Edwards, the undersigned, certify and state that:

1. I am the petitioner in the above captioned legal matters.

2. I have read the foregoing application and knowledge of it's contents.

      AND

3. UNDER PENALITIES AS PROVIDED BY LAW PURSUANT TO U.S.C. 1746, 18 U.S.C. 1621, I Certify that the statement set forth in the foregoing Notice of Appeal and this Affidavit are true and correct except as to matters therein stated to be on information and belief, and such matters I certify I believe the same to be true.

## ORDER

This cause coming to be heard on petitioner's Notice of Appeal, or Certificate of Appealability, and the court being advise in the premises;

IT IS HEREBY ORDER:

That petitioner Notice of Appeal, or Certificate of Appealability, is hereby GRANTED/DENIED.

ENTERD_____
                    JUSTICE

ENTERD_____
                    JUSTICE

ENTERD_____
                    JUSTICE

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 07cv7196

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| Xavier Edwards (Appellant) | | Dan Austin (Appellee) |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Xavier Edwards | Name | N/A |
| Firm | R-28955 | Firm | |
| Address | Pinckneyville-PCC P.O. Box 999 Pinckneyville, IL 62274 | Address | |
| Phone | N/A | Phone | |

| Other Information | | | |
|---|---|---|---|
| District Judge | Shadur | Date Filed in District Court | 12/27/07 |
| Court Reporter | J. Andrews (6899) | Date of Judgment | 12/27/07 |
| Nature of Suit Code | 530 | Date of Notice of Appeal | 1/22/08 |

COUNSEL:   Appointed [ ]   Retained [ ]   Pro Se [X]

FEE STATUS:   Paid [ ]   Due [ ]   IFP [ ]

IFP Pending [X]   U.S. [ ]   Waived [ ]

Has Docketing Statement been filed with the District Court Clerk's Office?   Yes [ ]   No [X]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [ ]   Denied [ ]   Pending [X]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

Additional Counsel

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Xavier Edwards
        Plaintiff,

v.               Case No.: 1:07–cv–07196
                Honorable Milton I. Shadur

Dan Austin
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 27, 2007:

  MINUTE entry before Judge Milton I. Shadur : Enter Memorandum Opinion and Order. Motion for leave to proceed in forma pauperis[3][4] denied. Plaintiff is to submit a check for $5 payable to the Clerk of the U.S. District Court. Motion to appoint counsel [5] is denied as moot. Accordingly, "it plainly appears for the petition...that the petitioner is not entitled to relief in the district court" (Rule 4). And that being the case, Rule 4 dictates that the Petition must be dismissed, and this Court so orders. Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

United States of America,        )
ex rel. Xavier Edwards,          )
                                 )
            Petitioner,          )
                                 )   No. 07 C 7196
     v.                          )
                                 )
Dan Austin, Warden               )
                                 )
            Respondent.          )

MEMORANDUM OPINION AND ORDER

Xavier Edwards ("Edwards") has filed a 28 U.S.C. § 2254[1] Petition for Writ of Habeas Corpus - Person in State Custody ("Petition"), seeking relief from his conviction and sentence of 20 years for second degree murder and 10 years for aggravated battery with a firearm.  This Court has reviewed the Petition in accordance with Rule 4 of the Rules Governing Section 2254 cases in the United States District Courts ("Rule 4"), and it finds the Petition insufficient as a matter of law.  But before this memorandum opinion and order turns to that subject, two procedural matters should be addressed.

First, Edwards has accompanied the Petition with an In Forma Pauperis Application ("Application"), apparently unaware of the modest $5 fee that applies to Section 2254 petitions. On that score a copy of this memorandum opinion and order is being sent

---

[1] Further citations to Title 28 provisions will simply take the form "Section --."

to the Pinkneyville Correctional Center, where he is now in custody, with a direction that a check for the $5 fee payable to the Clerk of the United States District Court be transmitted forthwith to the Clerk's office (with the check to bear a reference to this Case No. 07 C 7196):

    Office of The Clerk
    United States District Court
    219 S. Dearborn Street,
    Chicago, IL 60604

 Attention: Fiscal Department

Next, the Petition has been submitted more than a year after November 29, 2006, when the Illinois Supreme Court denied leave to appeal from Edwards' unsuccessful effort to obtain reversal on his direct appeal before the Illinois Appellate Court for the First District.[2] But because the 90 days after that denial within which Edwards could have applied to the United States Supreme Court for a writ of certiorari is added to the November 29 date (Andersen v. Litscher, 281 F.3d 672, 674-75 (7th Cir. 2002)), that brings his current filing within the one-year period of limitations specified in Section 2244(d)(1)(A).

On then to the substantive claim that Edwards advances. According to the Petition, he was 16 when he committed the murder

---

[2] At the Appellate Court level, Edwards' conviction and sentence were affirmed in a June 15, 2006 unpublished order in Case No. 1-04-1654. Denial of leave to appeal to the Illinois Supreme Court is reported in the table at 222 Ill.2d 583, 861 N.E. 2d 658 (2006).

of Maurice Davis.  When he was then charged with first degree murder and tried as an adult, Cook County Judge Colleen McSweeney Moore conducted a bench trial and found him not guilty of first degree murder because he had acted on serious provocation (the victim had attacked him), but she convicted him of second degree murder.  According to Edwards, the state then moved for a juvenile hearing in the Cook County Criminal Court, and that hearing resulted in his being sentenced as an adult.

That procedure conformed exactly to the carefully structured Illinois statutes governing such situations.  First, 705 ILCS 405/5-130(1)(a)[3] excludes from the definition of "delinquent minor" a minor who at the time of an offense was at least 15 years old and who is charged with first degree murder (as already indicated, that was Edwards' situation).  That section goes on to provide:

> These charges and other charges arising out of the same incident shall be prosecuted under the criminal laws of this State.

Next, Section 5-130(c)(ii) specifies that where (as here) the minor is found not to have committed that charged offense, "that finding shall not invalidate the verdict or the prosecution of the minor under the criminal laws of the State"--but the State must then request a hearing if it wishes the minor to be sentenced in the

---

[3] Further references to provisions of that statute will take the form "Section 5-130--", omitting the prefatory references to "705 ILCS 405/."

3

same manner as an adult: that is, "under Chapter V of the Unified Code of Corrections."

Edwards expressly acknowledges that the prescribed procedure was adhered to in his case, but his quarrel is that the state court assertedly applied the statute incorrectly because it "did not considered[sic] all of the criteria required under such hearing." Edwards' problem in that respect is that even if such were the case, he has not identified a <u>federal</u> constitutional violation--the prerequisite to Section 2254 relief. No denial of equal protection of the laws is implicated by a state court's commission of an error in its application of state law--the most that Edwards claims.[4]

Accordingly, "it plainly appears from the petition...that the petitioner is not entitled to relief in the district court" (Rule 4). And that being the case, Rule 4 dictates that the Petition must be dismissed, and this Court so orders.[5]

_____
Milton I. Shadur
Senior United States District Judge

Date:    December 27, 2007

---

[4] This is not to suggest that any error was in fact committed in the state court system, a matter as to which this Court expresses no view. Instead the dispositive factor is that if any error did take place, it is not <u>federally</u> cognizable as a constitutional violation, either on the equal protection ground advanced by Edwards or on any other basis

[5] This dismissal renders Edwards' incomplete Motion for Appointment of Counsel moot, and that motion is denied on that ground.

APPEAL, HABEAS, SCHENKIER, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:07-cv-07196
## Internal Use Only

Edwards v. Austin et al
Assigned to: Honorable Milton I. Shadur
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 12/27/2007
Date Terminated: 12/27/2007
Jury Demand: None
Nature of Suit: 530 Prisoner: Habeas Corpus
Jurisdiction: Federal Question

**Petitioner**

**Xavier Edwards**
*United States of America ex rel.*

represented by **Xavier Edwards**
R-28955
Pinckneyville - PCC
P.O. Box 999
Pinckneyville, IL 62274
PRO SE

V.

**Respondent**

**Dan Austin**
*Warden*

**Respondent**

**Attorney General of Illinois**

**Service List**     represented by **Chief of Criminal Appeals**
Attorney General's Office
100 West Randolph - 12 Floor
Chicago, IL 60601
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/18/2007 | 1 | RECEIVED Petition for Writ of Habeas Corpus and one copy by Xavier Edwards (Exhibits) (hp, ) (Entered: 12/26/2007) |
| 12/18/2007 | 4 | MOTION by Petitioner Xavier Edwards for leave to proceed in forma pauperis and financial affidavit (Exhibit) (hp, ) (Entered: 12/26/2007) |
| 12/18/2007 | 5 | MOTION by Petitioner Xavier Edwards for appointment of counsel (hp, ) (Entered: 12/26/2007) |
| 12/18/2007 | 8 | POST MARKED envelope for initiating document by Xavier Edwards (Document not scanned) (aew, ) (Entered: 12/28/2007) |
| 12/19/2007 | 3 | APPLICATION by Petitioner Xavier Edwards for leave to proceed in forma pauperis and financial affidavit (Exhibits) (hp, ) (Entered: 12/26/2007) |
| 12/21/2007 | 2 | CIVIL Cover Sheet (hp, ) (Entered: 12/26/2007) |
| 12/26/2007 |   | MAILED copy of habeas corpus petition to Chief of Criminal Appeals via certified mail no. 7004 2510 0001 9708 7687. (hp, ) (Entered: 12/26/2007) |
| 12/26/2007 | 9 | (Court only) RECEIPT regarding payment of filing fee paid; on 12/26/2007 in the amount of $5.00, receipt number 1116072 (hp, ) (Entered: 01/02/2008) |
| 12/27/2007 | 6 | MINUTE entry before Judge Milton I. Shadur : Enter Memorandum Opinion and Order. Motion for leave to proceed in forma pauperis 34 denied. Plaintiff is to submit a check for $5 payable to the Clerk of the U.S. District Court. Motion to appoint counsel 5 is denied as moot. Accordingly, "it plainly appears for the petition...that the petitioner is not entitled to relief in the district court" (Rule 4). And that being the case, Rule 4 dictates that the Petition must be dismissed, and this Court so orders. Civil case terminated. Mailed notice (srn, ) (Entered: 12/27/2007) |
| 12/27/2007 | 7 | MEMORANDUM Opinion and Order Signed by Judge Milton I. Shadur on 12/27/2007:Mailed notice(srn, ) (Entered: 12/27/2007) |
| 12/27/2007 | 11 | ENTERED JUDGMENT Signed on 12/27/2007:Mailed notice(srn, ) (Entered: 01/22/2008) |
| 01/16/2008 | 10 | RETURN receipt from post office certified mail no. 7004 2510 0001 9708 7687 dated 12/28/2007 as to Chief of Criminal Appeals. (hp, ) (Entered: 01/18/2008) |
| 01/22/2008 | 12 | MOTION by Petitioner Xavier Edwards for certificate of appealability. (air, ) (Entered: 01/23/2008) |
| 01/22/2008 | 13 | MOTION by Petitioner Xavier Edwards for pleading. (air, ) (Entered: 01/23/2008) |

| | | |
|---|---|---|
| 01/22/2008 | [14](#) | APPLICATION by Petitioner Xavier Edwards for leave to appeal in forma pauperis. (air, ) (Entered: 01/23/2008) |
| 01/22/2008 | [15](#) | EXHIBIT by Petitioner Xavier Edwards motion to show good cause why his habeas corpus should not be dismissed as time-barred.(air, ) (Entered: 01/23/2008) |
| 01/22/2008 | [16](#) | NOTICE of appeal by Xavier Edwards regarding orders [6](#), [7](#) ifp pending. (air, ) (Entered: 01/23/2008) |