# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7196 | **DATE** | 1/25/2008 |
| **CASE TITLE** | USA ex rel. Xavier Edwards vs. Dan Austin, et al | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Order. This court finds and certifies that his appeal "is not taken in good faith" within the meaning of Section 1915(a)(3), so that no certificate of appealability should issue. (12-1) Petitioner's application to proceed in forma pauperis is granted. (14-1) Edwards is required an initial partial payment of $32.60. The trust fund officer is authorized to collect monthly payments until the full $455 filing fee is paid. Edwards is advised that he may present his request for a certificate of appealability to the Court of Appeals. Motion for pleadings is denied. (13-1)

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|