**FILED**
**JANUARY 30, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals

For the Seventh Circuit
219 S. Dearborn Street, Suite 2722
Chicago, Illinois 60604

Clerk of the Court                                                                                   (312)435-5850

**To:**   **District Court Clerk's Office**

**Re:**   **Notice of Docketing**


The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:


Filed on:

Appellate Court No.:

Short Caption:

District Court Judge:

District Court No.:


If you have any questions regarding this appeal, please call this office.


**cc:**