**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Xavier Edwards
                Plaintiff,

v.                            Case No.: 1:07−cv−07196
                                        Honorable Milton I. Shadur

Dan Austin
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 4, 2008:

      MINUTE entry before Judge Milton I. Shadur :Enter Memorandum Order. The entire portion of this Court's January 25, 2008 order that (1) holds Edwards responsible for paying $455 in appellate filing fees, (2) assesses Edwards an initial fee of $32.60 and (3) orders the trust fund officer to collect that initial fee is vacated.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.