IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA           )
ex rel. XAVIER EDWARDS,            )
                                   )
                Petitioner,        )
                                   )
    v.                             )    No.  07 C 7196
                                   )
DAN AUSTIN, et al.,                )
                                   )
                Respondents.       )

MEMORANDUM ORDER

This Court's January 25, 2008 memorandum order ("Order") requires correction--not in connection with its determination that no certificate of appealability should issue (the principal focus of the Order), but rather in its mistaken application of 28 U.S.C. §1915(b)(1)[1] to the appeal by Xavier Edwards ("Edwards"). In the latter respect, <u>Martin v. United States</u>, 96 F.3d 853, 855-56 (7th Cir. 1996) teaches that the Prisoner Litigation Reform Act's amendments to Section 1915 are inapplicable to petitioners seeking federal habeas relief, as Edwards has.

Hence the entire portion of the Order that (1) holds Edwards responsible for paying $455 in appellate filings fees, (2) assesses Edwards an initial fee of $32.60 in that regard and (3) orders the trust fund officer at Pinckneyville Correctional Center ("Pinckneyville," where Edwards is serving his prison term) to collect that initial fee or fee installments thereafter

---

[1] All further references to Title 28's provisions will simply take the form "Section--."

is vacated.  Accordingly the Clerk of this District Court is ordered to send a copy of this corrective order to the Pinckneyville trust fund officer.

_____
                         Milton I. Shadur
                         Senior United States District Judge

Date:  March 4, 2008