# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

Date: March 10, 2008

TO: District Court Clerk

RE: Notice to transmit the record

No. 08-1233

XAVIER EDWARDS,
        Petitioner - Appellant

  v.

DAN AUSTIN,
        Respondent - Appellee

MAR 1 2 2008

F I L E D

MAR 1 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Appeal from the United States District Court for the
Northern District of Illinois, Eastern Division
No. 07 C 7196, Milton I. Shadur, Judge

    Pursuant to Circuit Rule 11(a), the entire record is to be transmitted to this court immediately for use in the decision in the above named cause.

(1211-022296)