

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

312-435-5670

April 10, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: Xavier Edwards vs. Dan Austin

U.S.D.C. DOCKET NO. : 07cv7196

U.S.C.A. DOCKET NO. : 08-1233

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)       **One Vol. Of Pleading**

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                                Very truly yours,

                                                Michael W. Dobbins, Clerk

                                                By:_____
                                                    A. Rone, Deputy Clerk

HABEAS, SCHENKIER, TERMED

# United States District Court
# Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:07-cv-07196
*Internal Use Only*

Edwards v. Austin et al
Assigned to: Honorable Milton I. Shadur
Case in other court: 08-01233
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 12/27/2007
Date Terminated: 12/27/2007
Jury Demand: None
Nature of Suit: 530 Prisoner: Habeas Corpus
Jurisdiction: Federal Question

**Petitioner**

**Xavier Edwards**
*United States of America ex rel.*

represented by **Xavier Edwards**
R-28955
Pinckneyville – PCC
P.O. Box 999
Pinckneyville, IL 62274
PRO SE

V.

**Respondent**

**Dan Austin**
*Warden*

**Respondent**

**Attorney General of Illinois**

Service List

represented by **Chief of Criminal Appeals**
Attorney General's Office
100 West Randolph – 12 Floor
Chicago, IL 60601
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/18/2007 | 1 | RECEIVED Petition for Writ of Habeas Corpus and one copy by Xavier Edwards (Exhibits) (hp, ) (Entered: 12/26/2007) |
| 12/18/2007 | 4 | MOTION by Petitioner Xavier Edwards for leave to proceed in forma pauperis and financial affidavit (Exhibit) (hp, ) (Entered: 12/26/2007) |
| 12/18/2007 | 5 | MOTION by Petitioner Xavier Edwards for appointment of counsel (hp, ) (Entered: 12/26/2007) |
| 12/18/2007 | 8 | POST MARKED envelope for initiating document by Xavier Edwards (Document not scanned) (aew, ) (Entered: 12/28/2007) |

| | | |
|---|---|---|
| 12/19/2007 | 3 | APPLICATION by Petitioner Xavier Edwards for leave to proceed in forma pauperis and financial affidavit (Exhibits) (hp, ) (Entered: 12/26/2007) |
| 12/21/2007 | 2 | CIVIL Cover Sheet (hp, ) (Entered: 12/26/2007) |
| 12/26/2007 | | MAILED copy of habeas corpus petition to Chief of Criminal Appeals via certified mail no. 7004 2510 0001 9708 7687. (hp, ) (Entered: 12/26/2007) |
| 12/26/2007 | 9 | (Court only) RECEIPT regarding payment of filing fee paid; on 12/26/2007 in the amount of $5.00, receipt number 1116072 (hp, ) (Entered: 01/02/2008) |
| 12/27/2007 | 6 | MINUTE entry before Judge Milton I. Shadur : Enter Memorandum Opinion and Order. Motion for leave to proceed in forma pauperis 3 4 denied. Plaintiff is to submit a check for $5 payable to the Clerk of the U.S. District Court. Motion to appoint counsel 5 is denied as moot. Accordingly, "it plainly appears for the petition...that the petitioner is not entitled to relief in the district court" (Rule 4). And that being the case, Rule 4 dictates that the Petition must be dismissed, and this Court so orders. Civil case terminated. Mailed notice (srn, ) (Entered: 12/27/2007) |
| 12/27/2007 | 7 | MEMORANDUM Opinion and Order Signed by Judge Milton I. Shadur on 12/27/2007:Mailed notice(srn, ) (Entered: 12/27/2007) |
| 12/27/2007 | 11 | ENTERED JUDGMENT Signed on 12/27/2007:Mailed notice(srn, ) (Entered: 01/22/2008) |
| 01/16/2008 | 10 | RETURN receipt from post office certified mail no. 7004 2510 0001 9708 7687 dated 12/28/2007 as to Chief of Criminal Appeals. (hp, ) (Entered: 01/18/2008) |
| 01/22/2008 | 12 | MOTION by Petitioner Xavier Edwards for certificate of appealability. (air, ) (Entered: 01/23/2008) |
| 01/22/2008 | 13 | MOTION by Petitioner Xavier Edwards for pleading. (air, ) (Entered: 01/23/2008) |
| 01/22/2008 | 14 | APPLICATION by Petitioner Xavier Edwards for leave to appeal in forma pauperis. (air, ) (Entered: 01/23/2008) |
| 01/22/2008 | 15 | EXHIBIT by Petitioner Xavier Edwards motion to show good cause why his habeas corpus should not be dismissed as time-barred. (Poor Quality Original - Paper Document on File.) (air, ) (Entered: 01/23/2008) |
| 01/22/2008 | 16 | NOTICE of appeal by Xavier Edwards regarding orders 6 , 7 ifp pending. (air, ) (Entered: 01/23/2008) |
| 01/22/2008 | 18 | POST MARKED envelope for notice of appeal by Xavier Edwards (Document not scanned) (acw, ) (Entered: 01/24/2008) |
| 01/23/2008 | 17 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 16 . Notified counsel (air, ) (Entered: 01/23/2008) |
| 01/25/2008 | 19 | MINUTE entry before Judge Milton I. Shadur: Enter Memorandum Order. This court finds and certifies that his appeal "is not taken in good faith" within the meaning of Section 1915(a)(3), so that no certificate of appealability should issue. (12-1) Petitioner's application for leave to appeal in forma pauperis 14 is granted. Edwards is required an initial partial payment of $32.60. The trust fund officer is authorized to collect monthly payments until the full $455 filing fee is |

|  |  |  |
|---|---|---|
|  |  | paid. Edwards is advised that he may present his request for a certificate of appealability to the Court of Appeals. Motion for pleadings is denied 13 . Mailed (vmj, ) (Entered: 01/28/2008) |
| 01/25/2008 | 20 | MEMORANDUM Order Signed by Judge Milton I. Shadur on 1/25/08 (vmj, ) (Entered: 01/28/2008) |
| 01/28/2008 |  | (Court only) ***Motions terminated: MOTION by Petitioner Xavier Edwards for certificate of appealability 12 (srn, ) (Entered: 01/28/2008) |
| 01/30/2008 | 21 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 16 ; USCA Case No. 08-1233. (ef, ) (Entered: 02/04/2008) |
| 03/04/2008 | 22 | MINUTE entry before Judge Milton I. Shadur :Enter Memorandum Order. The entire portion of this Court's January 25, 2008 order that (1) holds Edwards responsible for paying $455 in appellate filing fees, (2) assesses Edwards an initial fee of $32.60 and (3) orders the trust fund officer to collect that initial fee is vacated.Mailed notice (srn, ) (Entered: 03/04/2008) |
| 03/04/2008 | 23 | MEMORANDUM Order Signed by Judge Milton I. Shadur on 3/4/2008:Mailed notice(srn, ) (Entered: 03/04/2008) |
| 03/12/2008 | 24 | MANDATE of USCA dated 03/10/2008 regarding notice of appeal 16 ; USCA No. 08-1233. Pursuant to Circuit Rule 11(a), the entire record is to be transmitted to this court immediately for use in the decision in the above named cause. (hp, ) (Entered: 03/14/2008) |

Key:

All circled items are included in record on appeal
All / items are not included in appeal
All s/c items are on a separate cover
All n/a items are not available