

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

**CERTIFIED COPY**

Submitted May 30, 2008
Decided July 14, 2008

Before

JOHN L. COFFEY, *Circuit Judge*

JOEL M. FLAUM, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

FILED
AUG 05 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| No. 08-1233 | |
| XAVIER EDWARDS,<br>*Petitioner-Appellant,* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| v. | No. 07 C 7196 |
| DAN AUSTIN,<br>*Respondent-Appellee.* | Milton I. Shadur,<br>*Judge.* |

### ORDER

Xavier Edwards has filed a notice of appeal from the denial of his petition under 28 U.S.C. § 2254 and an application for a certificate of appealability. The district court dismissed Edwards's petition under Rule 4 of the Rules Governing Habeas Corpus because the court understood Edwards to be raising purely state-law claims that are not cognizable for habeas corpus review. *See Perruquet v. Briley*, 390 F.3d 505, 511-12 (7th Cir. 2004). We, however, discern two constitutional claims in Edwards's petition: (1) a claim of ineffective assistance of counsel and (2) a claim that the sentencing hearing resulting from the transfer-back procedure violated the Equal Protection Clause.

Accordingly, we VACATE the district court's judgment and REMAND the case so that the district court can address the constitutional claims in the first instance. Edwards's motion to proceed in forma pauperis is DENIED. Edwards's motion for appointment of counsel is also DENIED without prejudice to renewal in the district court.