UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Xavier Edwards
    Plaintiff,

v.             Case No.: 1:07−cv−07196
              Honorable Milton I. Shadur

Dan Austin
    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 18, 2008:

  MINUTE entry before the Honorable Milton I. Shadur:Enter Memorandum Order. As for the Equal Protection Clause contention, the Illinois Attorney General's office is ordered to file its answer on that issue on or before September 30, 2008.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.