IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. XAVIER EDWARDS, | ) ) ) | |
| Petitioner, | ) ) | No. 07 C 7196 |
| v. | ) ) ) | The Honorable Milton I. Shadur, |
| DAN AUSTIN, Warden, | ) ) | Judge Presiding. |
| Respondent. | ) | |

## NOTICE OF CHANGE IN CUSTODIAN

Pursuant to Rule 2(a) of the Rules Governing § 2254 Cases in the United States District Courts, respondent gives notice that the acting warden at Pinckneyville Correctional Center, where petitioner is incarcerated, is now Donald Gates.  Accordingly, Gates should be substituted as the proper party respondent.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

BY:   s/ Retha Stotts_____
RETHA STOTTS, Illinois Bar # 6270680
Attorney for Respondent
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
Tel. (312) 814-0010
rstotts@atg.state.il.us

   I certify that on August 22, 2008, I mailed a copy of this **Notice of Change in Custodian** to: Xavier Edwards, #R28955, Pinckneyville Correctional Center, 5835 State Route 154, P.O. Box 999, Pinckneyville, Illinois, 62274.

                 s/ RETHA STOTTS_____
                 RETHA STOTTS