# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7196 | **DATE** | 9/3/2008 |
| **CASE TITLE** | USA ex rel. Xavier Edwards vs. Dan Austin | | |

**DOCKET ENTRY TEXT**

Pursuant to Rule 2(a) of the Rules Governing §2254 cases and Fed. R. Civ. P. 25(d), Donald Gates is to be substituted as the proper party respondent.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|